UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

BAADE MANAGEMENT COMPANY, INC.  CASE NO. 21-10329
                                  CHAPTER 7
    DEBTOR.

## TRUSTEE'S INVENTORY

Comes now Mark A. Warsco, duly qualified Trustee of the above-captioned bankruptcy estate, and hereby submits this inventory and report of property of the estate of the Debtor(s).

All of the non-exempt assets of the estate of which he is presently aware, together with approximate values (exact values for assets in the Trustee's possession), but with no value shown where valuation is problematical, or possession disputed, are as follows:

- Accounts receivable
- Vehicles
- Bank account(s)

This inventory and report of property is made pursuant to Federal Rule of Bankruptcy Procedure 2015 and lists the entirety of the estate. Some of the property listed, or portions thereof, may not materialize into assets of the estate of sufficient value to economically reduce to cash.

I certify under the penalty of perjury that the foregoing inventory and report of property of the estate is true.

Dated: May 14, 2021

_____
Mark A. Warsco, Trustee
ROTHBERG LOGAN & WARSCO, LLP
505 East Washington Blvd.
Fort Wayne, IN 46802
Telephone: (260) 422-9454
Email: bankruptcy@rlwlawfirm.com