# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.:21-10329 |
| Baade Management Company, Inc. Aka BMC, Inc. | CHAPTER: 7 |
| Debtor | |

## ORDER ON CRAFT STATION'S AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Craft Station, Inc. (Creditor) filed a Petition for Leave to File Late Claim Under Rule 3002 on June 28th, 2022.

On August 8th, 2022 Craft Station, Inc. (creditor) filed an Amended Notice of Petition and Opportunity to Object. Objections to Motion were due by August 29th, 2022, no objections have been filed.

IT IS SO ORDERED that Craft Station, Inc. (Creditor) is approved to file a Late Claim Under Rule 3002.

SO ORDERED.

Date: September 12, 2022

/s/ Robert E. Grant
Judge, United States Bankruptcy Court