UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

BAADE MANAGEMENT COMPANY, INC.,     CASE NO. 21-10329-REG

CHAPTER 7

DEBTOR.

## ORDER

At Fort Wayne, Indiana, on December 12, 2022

This matter comes before the Court on Trustee Mark A. Warsco's Motion to Approve Compromise of Lien Against Petroleum Management Team, Inc. filed November 16, 2022. Being duly advised in the premises and finding that notices have been served with no objections filed thereto, the Court now grants the Trustee's motion.

The Court hereby approves the Trustee's acceptance of $10,000 in compromise of the bankruptcy estate's claim against Petroleum Management Team, Inc.

SO ORDERED.

*/s/ Robert E. Grant*
Robert E. Grant, Chief Judge
United States Bankruptcy Court