UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

BAADE MANAGEMENT COMPANY, INC.     CASE NO. 21-10329
CHAPTER 7
DEBTOR.

## TRUSTEE′S CLAIM RECOMMENDATION

Please take notice that Trustee is making his recommendation concerning allowance of the following claims. In support of same, the Trustee states:

1. The Trustee has reviewed the claims register for this estate.

2. The last day to file claims was June 9, 2021 for non-governmental claimants and September 27, 2021 for governmental claimants.

3. The Trustee's recommendation concerning the allowance of claims is as follows:

| Claim# | Claimant | Account# | Amount | Status |
|---|---|---|---|---|
| 1 | Internal Revenue Service | -4410 | $4,060.00 | General unsecured for penalties – subordinate pursuant to 11 U.S.C. § 726(a)(4) |
| 2 | Duncan Oil | | $14,317.50 | General unsecured |
| 3 | Central Penn Capital Management, LLC | | $23,450.74 | *see below |
| 4 | Iron Workers' Mid-America Pension Plan | -1515 | $17,073.41 | General unsecured |
| 5 | Keller Macaluso LLC | | $4,500.00 | General unsecured |
| 6 | Craft Station, Inc. | -6095 | $17,730.00 | Tardy-filed General unsecured |
| 7 | Craft Station, Inc. | -6095 | $22,572.50 | Tardy-filed General unsecured |

   *    Claim #3 of Central Penn Capital Management, LLC was filed for $489,523.14 of which $414,000.00 was claimed as secured by all business assets and personal property; indebtedness also secured by personal guaranty of Frank O. Baade (separate bankruptcy case 21-10331). Pursuant to a carve-out agreement, Central Penn Capital Management, LLC received $466,072.40 from sale of real estate in Frank O. Baade's bankruptcy case 21-10331. The remaining balance of $23,450.74 is allowed as general unsecured.

Dated: January 24, 2024        /s/ Mark A. Warsco
Mark A. Warsco, Trustee
ROTHBERG LOGAN & WARSCO LLP
505 East Washington Blvd.
Fort Wayne, IN 46802
Telephone(260) 422-9454
Email: bankruptcy@rothberg.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served upon all parties set forth on the attached list by deposit in the U.S. Mail, with first class postage affixed, or by electronic transmission via the court's ECF system, on January 24, 2024.

/s/ Cindy Witters
Cindy Witters, Paralegal
ROTHBERG LOGAN & WARSCO LLP
P.O. Box 11647
Fort Wayne, IN 46859-1647
Telephone (260) 469-0256

Duncan Oil
c/o Robert Larry Helmer
408 N. Detroit Street
Lagrange, IN 46761-1404

Too Keller, Esquire
760 3rd Ave. SW, Ste. 210
Carmel, IN 46032-2070

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Craft Station, Inc.
c/o Krisor & Associates
PO Box 6200
South Bend, IN 46660-6200

Iron Workers' Mid-America Pension Plan
c/o Patrick N. Ryan, Esq.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Central Penn Capital Management LLC
c/o Branson D. Dunlop
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202