

P.O. Box 11647 * Fort Wayne, Indiana * 46859-1647
Telephone: (260) 422-9454
Taxpayer ID: 35-0900335

BAADE MANAGEMENT COMPANY, INC.

PAGE: 1
INVOICE DATE: 01/24/2024
**ACCOUNT NO:** 2021W.10329
**INVOICE NO:** 219334

RE: CHAPTER 7

FEES

| | | | RATE | HOURS | |
|---|---|---|---|---|---|
| 04/22/2021 | MAW | REVIEW AND SIGN DEMAND LETTER RE: TURNOVER OF BANK ACCOUNTS. | 370.00 | 0.20 | 74.00 |
| | MAW | REVIEW ACCOUNTS RECEIVABLE AGING. | 370.00 | 0.20 | 74.00 |
| | MAW | LEGAL RESEARCH RE: MECHANICS' LIEN DEADLINES IN OHIO, MICHIGAN AND ILLINOIS. | 370.00 | 0.40 | 148.00 |
| | MAW | PHONE CALL WITH DOUG ADELSPERGER RE: GETTING LAST DAY BAADE MGMT. WAS ON BACK OF 2021 JOBS. | 370.00 | 0.20 | 74.00 |
| 04/23/2021 | PWS | RESEARCH THE APPLICATION OF 11 USC 108 TO STATE MECHANICS LIEN STATUTES. | 250.00 | 0.80 | 200.00 |
| 04/26/2021 | PWS | COMPLETE RESEARCH ON THE APPLICATION OF 11 USC 108 TO STATE MECHANICS LIEN STATUTES; DRAFT SUMMARY AND RECOMMENDATION FOR THE TRUSTEE'S PERFECTION OF LIENS. | 250.00 | 1.10 | 275.00 |
| 05/13/2021 | CEW | DRAFT FOLLOW-UP LETTER TO FARMERS STATE BANK. | 170.00 | 0.30 | 51.00 |
| | MAW | REVIEW AND SIGN FOLLOW-UP DEMAND LETTER TO FARMERS STATE BANK. | 370.00 | 0.20 | 74.00 |
| 05/25/2021 | PWS | REVIEW DOCUMENTS SUBMITTED BY BAADE MANAGEMENT TO DETERMINE AMOUNTS OWED AND TIME REMAINING TO COLLECT ON ACCOUNTS. | 250.00 | 0.50 | 125.00 |

| | | | RATE | HOURS | |
|---|---|---|---|---|---|
| 05/26/2021 | PWS | REVIEW INVOICES FROM DEBTOR; DRAFT DEMAND LETTERS. | 250.00 | 0.50 | 125.00 |
| 05/27/2021 | MAW | VOICEMAIL FROM ATTORNEY ERIC SCHESKE FOR FARMERS STATE BANK. | 370.00 | 0.60 | 222.00 |
| 05/28/2021 | PWS | INTERNAL CONFERENCE TO REVIEW ACTIONS NEEDED ON INVOICES; REVIEW RESEARCH ON STATUTORY MINIMUMS UNDER BANKRUPTCY CODE TO BRING AN ACTION AGAINST A FOREIGN ENTITY IN INDIANA. | 250.00 | 0.60 | 150.00 |
| 06/01/2021 | PWS | REVIEW INVOICES SENT BY BAADE MANAGEMENT. | 250.00 | 0.40 | 100.00 |
| | MMH | PREPARE DEMAND LETTERS FOR INVOICES. | 135.00 | 3.00 | 405.00 |
| 06/02/2021 | PWS | REVIEW INVOICES SENT BY BAADE MANAGEMENT; CONTINUE TO DRAFT DEMAND LETTERS. | 250.00 | 0.90 | 225.00 |
| | MAW | PHONE CALL WITH ATTORNEY ERIC SCHESKE FOR FARMERS STATE BANK. | 370.00 | 0.40 | 148.00 |
| 06/03/2021 | PWS | CONTINUE TO REVIEW INVOICES SENT BY BAADE MANAGEMENT; CONTINUE TO DRAFT DEMAND LETTERS. | 250.00 | 1.70 | 425.00 |
| | MAW | REVIEW EMAIL FROM ATTORNEY SCHESKE, REVIEW BANK STATEMENT. | 370.00 | 1.00 | 370.00 |
| 06/04/2021 | PWS | FINALIZE AND SEND DEMAND LETTERS TO DELINQUENT ACCOUNTS. | 250.00 | 2.00 | 500.00 |
| 06/07/2021 | MAW | CONFERENCE WITH PHIL SMITH RE: STATUS OF COLLECTION EFFORTS. | 370.00 | 0.20 | 74.00 |
| | MAW | ATTEND CONFERENCE WITH SUSAN TRENT RE: FARMERS STATE BANK ISSUE AND STATUS OF COLLECTION EFFORTS. | 370.00 | 0.20 | 74.00 |
| | SET | TELEPHONE CONFERENCE WITH DOUG ADELSPERGER RE: FARMERS STATE BANK ACCOUNT; FOLLOW-UP THERETO. | 320.00 | 0.30 | 96.00 |
| | SET | TELEPHONE CONFERENCE WITH DOUG ADELSPERGER RE: HIS COMMUNICATION WITH HIS CLIENT ON CORPORATE ACCOUNT; FOLLOW-UP TO MARK WARSCO RE: STATUS OF RECEIPT OF FUNDS. | 320.00 | 0.40 | 128.00 |
| 06/10/2021 | SET | FOLLOW-UP ON 2004 SUBPOENA TO BANK AND MOTION FOR TURNOVER. | 320.00 | 0.30 | 96.00 |

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/11/2021 | SET | ATTENTION TO MOTION FOR TURNOVER, 2004 EXAM AND SUBPOENA. | 320.00 | 0.70 | 224.00 |
| 06/14/2021 | SET | ATTENTION TO UPDATES TO TURNOVER MOTION AND 2004 EXAM. | 320.00 | 0.60 | 192.00 |
| 06/15/2021 | SET | WORK ON 2004 EXAM MOTION. | 320.00 | 0.30 | 96.00 |
| 06/21/2021 | SET | REVIEW SUBPOENA AND 2004 EXAM. | 320.00 | 0.70 | 224.00 |
| 06/22/2021 | CEW | PREPARE NOTICE OF MOTION FOR TURNOVER. | 170.00 | 0.20 | 34.00 |
| 06/23/2021 | CEW | DRAFT SUBPOENA FOR RULE 2004 EXAM. | 170.00 | 0.30 | 51.00 |
| | MAW | REVIEW AND APPROVE SUBPOENA. | 370.00 | 0.20 | 74.00 |
| 06/24/2021 | SET | REVIEW E-MAIL FROM DOUG ADELSPERGER. | 320.00 | 0.20 | 64.00 |
| 06/30/2021 | SET | DRAFT LETTER ON ACCOUNT RECEIVABLE OF FAIEK TOMA. | 320.00 | 0.30 | 96.00 |
| 07/07/2021 | MAW | PHONE CALL WITH DOUG ADELSPERGER RE: OUTSTANDING REQUESTS. | 370.00 | 0.50 | 185.00 |
| | MAW | REVIEW EMAIL FROM SUSAN TRENT. | 370.00 | 0.20 | 74.00 |
| 07/19/2021 | MAW | REVIEW EMAIL FROM ATTORNEY SCHESKE FOR FARMERS STATE BANK. | 370.00 | 0.30 | 111.00 |
| 07/20/2021 | MAW | CONFERENCE WITH SUSAN TRENT RE; BANK ISSUES, RECORDS SUPPLIED, AND RULE 2004 EXAM. | 370.00 | 0.50 | 185.00 |
| | MAW | VOICEMAIL FROM DOUG ADELSPERGER, RETURN VOICEMAIL RE; $9,900 FROM BANK. | 370.00 | 0.40 | 148.00 |
| 08/03/2021 | MAW | CONFERENCE WITH SUSAN TRENT AND MADDIE RE; REVIEWING BANK STATEMENTS. | 370.00 | 0.40 | 148.00 |
| | MMH | CREATE A SPREADSHEET OF THE BANK STATEMENTS. | 135.00 | 2.70 | 364.50 |
| | SET | CONFERENCE WITH MADDIE HEINEY AND MARK WARSCO RE: INVESTIGATION INTO CHECK/DISBURSEMENTS FROM ACCOUNT. | 320.00 | 0.40 | 128.00 |
| 08/04/2021 | MMH | CONTINUE EDITING SPREADSHEET. | 135.00 | 7.20 | 972.00 |
| 08/09/2021 | MAW | REVIEW DRAFT OF AGREED ORDERS FROM DOUG ADELSPERGER. | 370.00 | 0.20 | 74.00 |
| | SET | REVIEW AGREED ORDERS/ REVIEW MOST | | | |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | RECENT CDC ORDER RE: EVICTIONS. | 320.00 | 0.60 | 192.00 |
| 08/10/2021 | MAW | CONFERENCE CALL WITH SUSAN TRENT AND DOUG ADELSPERGER RE: BANK ACCOUNT RECORDS. | 370.00 | 0.30 | 111.00 |
| | MAW | LEGAL RESEARCH RE: EFFECT OF MORATORIUM ON EVICTION ON TRUSTEE'S RIGHT TO POSSESSION. | 370.00 | 1.00 | 370.00 |
| | BAS | SEARCH INDIANA SECRETARY OF STATE RECORDS FOR FRANK BAADE COMPANIES AND OBTAIN BUSINESS INFORMATION FOR EACH COMPANY. EMAIL TO SUSAN TRENT. | 170.00 | 0.30 | 51.00 |
| | SET | TELEPHONE CALL WITH DOUG ADELSPERGER AND MARK WARSCO RE: AGREED ORDERS, BUSINESS RECORDS AND RELATED MATTERS. | 320.00 | 0.60 | 192.00 |
| 08/12/2021 | MAW | REVIEW AND REVISE PROPOSED AGREED ORDER. | 370.00 | 0.30 | 111.00 |
| | SET | WORK ON AGREED ORDERS. | 320.00 | 0.40 | 128.00 |
| 08/13/2021 | SET | FOLLOW UP ON A/R REPORT AND STATUS OF COLLECTION. | 320.00 | 0.20 | 64.00 |
| 08/16/2021 | MAW | CONFERENCE WITH SUSAN TRENT RE: TURNOVER OF RECORDS NOW; REVIEW EMAIL FROM DOUG ADELSPERGER RE: RECORDS. | 370.00 | 0.30 | 111.00 |
| | SET | TELEPHONE CALL WITH DOUG ADELSPERGER RE: SETTLEMENT. | 320.00 | 0.40 | 128.00 |
| | SET | ATTEND HEARING. | 320.00 | 0.50 | 160.00 |
| 08/18/2021 | CEW | ORGANIZE ALL INFORMATION RECEIVED ON ACCOUNTS RECEIVABLE OWED, PREPARE COLLECTIONS SPREADSHEET. | 170.00 | 3.30 | 561.00 |
| | CEW | PREPARE MEMO TO ATTORNEY SUSAN TRENT RE: COLLECTIONS. | 170.00 | 0.50 | 85.00 |
| 08/19/2021 | CEW | WORK ON COLLECTION LETTERS, OBTAIN GOOD ADDRESS FOR BUSINESS ENTITIES, REGISTERED AGENTS. | 170.00 | 1.20 | 204.00 |
| 09/20/2021 | MAW | REVIEW MOTION, OBJECTION, PREPARE FOR HEARING. | 370.00 | 0.40 | 148.00 |
| | MAW | ATTEND HEARING ON MOTION FOR TURNOVER. | 370.00 | 0.40 | 148.00 |
| 10/01/2021 | MAW | TELEPHONE CONFERENCE WITH ATTORNEY FOR CUSTOMER IN ILLINOIS RE: | | | |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | MECHANIC'S LIEN CLAIM. | 370.00 | 0.30 | 111.00 |
| 10/26/2021 | MAW | LEGAL RESEARCH RE: VENUE ISSUE FOR ACCOUNTS RECEIVABLE SUITS. | 370.00 | 1.00 | 370.00 |
| 10/27/2021 | MAW | EMAIL TO SUSAN TRENT RE: ACCOUNTS RECEIVABLE. | 370.00 | 0.30 | 111.00 |
| | CEW | WORK ON ACCOUNTS RECEIVABLE COLLECTIONS, LOOK UP REGISTERED AGENTS, DRAFT DEMAND LETTERS. | 170.00 | 4.00 | 680.00 |
| 11/08/2021 | MAW | REVIEW EMAIL FROM ATEEQ KHAN FROM MOBIL TO DEMAND LETTER, REPLY TO SUSAN. | 370.00 | 0.40 | 148.00 |
| 11/14/2022 | MAW | REVIEW LETTER FROM ATTORNEY TINAGLIA RE: OFFER OF SETTLEMENT. CONFERENCE WITH CINDY WITTERS RE: SAME. | 370.00 | 0.50 | 185.00 |
| 11/15/2022 | CEW | DRAFT MOTION TO APPROVE COMPROMISE WITH PETROLEUM MANAGEMENT TEAM. | 170.00 | 0.70 | 119.00 |
| | MAW | REVIEW AND REVISE LETTER TO ATTORNEY TINAGLIA ACCEPTING SETTLEMENT OFFER. | 370.00 | 0.20 | 74.00 |
| | MAW | REVIEW AND APPROVE MOTION TO COMPROMISE. | 370.00 | 0.30 | 111.00 |
| 11/16/2022 | CEW | PREPARE NOTICE RE: COMPROMISE WITH PETROLEUM MGMT TEAM. | 170.00 | 0.30 | 51.00 |
| | CEW | PREPARE PROPOSED ORDER APPROVING COMPROMISE WITH PETROLEUM MGMT TEAM. | 170.00 | 0.20 | 34.00 |
| | SET | ATTENTION TO BRANSON DUNLOP'S COMMUNICATIONS. | 320.00 | 0.10 | 32.00 |
| 12/13/2022 | MAW | REVIEW ORDERS APPROVING SETTLEMENT AND CINDY WITTERS' EMAIL TO PAYOR. | 370.00 | 0.30 | 111.00 |
| 01/24/2023 | CEW | DRAFT FOLLOW-UP LETTER TO ATTORNEY TINAGLIA FOR PETROLEUM MANAGEMENT TEAM. | 170.00 | 0.20 | 34.00 |
| 10/13/2023 | CEW | PREPARE APPLICATION FOR ACCOUNTANT COMPENSATION. | 170.00 | 0.40 | 68.00 |
| | CEW | PREPARE PROPOSED ORDER APPROVING ACCOUNTANT COMPENSATION FOR 2021 AND 2022 TAX RETURNS. | 170.00 | 0.20 | 34.00 |
| 10/18/2023 | CEW | PREPARE NOTICE RE: ACCOUNTANT FEES. | 170.00 | 0.20 | 34.00 |

| | | |
|---|---|---|
| TOTAL FEES | 53.00 | 12,748.50 |
| WRITE DOWN TO PROVIDE DISTRIBUTION TO CREDITORS | | -8,748.50 |
| NET FEES AFTER DISCOUNT | | 4,000.00 |

RECAPITULATION

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| WARSCO, MARK A. | SENIOR COUNSEL | 12.30 | $370.00 | $4,551.00 |
| TRENT, SUSAN E. | PARTNER | 7.00 | 320.00 | 2,240.00 |
| SMITH, PHILLIP W. | ASSOCIATE | 8.50 | 250.00 | 2,125.00 |
| HEINEY, MADISON M. | LAW CLERK | 12.90 | 135.00 | 1,741.50 |
| WITTERS, CYNTHIA E. | PARALEGAL | 12.00 | 170.00 | 2,040.00 |
| SHANEBROOK, BETH A. | PARALEGAL | 0.30 | 170.00 | 51.00 |

EXPENSES

| | | |
|---|---|---|
| 04/23/2021 | COMPUTERIZED LEGAL RESEARCH WEST PUBLISHING CORPORATION | 59.18 |
| 04/26/2021 | COMPUTERIZED LEGAL RESEARCH WEST PUBLISHING CORPORATION | 29.37 |
| | COMPUTERIZED LEGAL RESEARCH | 88.55 |
| | TOTAL EXPENSES | 88.55 |
| | **TOTAL CURRENT INVOICE** | 4,088.55 |
| | **TOTAL BALANCE DUE** (*includes previous balance amount*) | $4,088.55 |

0001

BALANCE DOES NOT REFLECT PAYMENTS REC'D AFTER INVOICE DATE

**ACCOUNTS ARE DUE UPON RECEIPT**