UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In re: BAADE MANAGEMENT COMPANY, INC. § Case No. 21-10329
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Warsco, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $845,341.84 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,251.99 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $7,845.42 | | |

3) Total gross receipts of $10,097.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,097.41 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $197,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,845.42 | $7,845.42 | $7,845.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $557,518.25 | $569,776.55 | $103,704.15 | $2,251.99 |
| **TOTAL DISBURSEMENTS** | $754,518.25 | $577,621.97 | $111,549.57 | $10,097.41 |

4) This case was originally filed under chapter 7 on 03/31/2021. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2024

By: /s/ Mark A. Warsco
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking Account at Farmers State Bank, xxxxxx8019 | 1129-000 | $9,913.26 |
| TAX REFUNDS | 1224-000 | $184.15 |
| **TOTAL GROSS RECEIPTS** | | **$10,097.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | First Federal Savings | 4110-000 | $197,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$197,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mark A. Warsco, Trustee | 2100-000 | NA | $1,759.74 | $1,759.74 | $1,759.74 |
| Trustee, Expenses - Mark A. Warsco, Trustee | 2200-000 | NA | $95.13 | $95.13 | $95.13 |
| Attorney for Trustee Fees - Rothberg Logan & Warsco LLP | 3110-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| Attorney for Trustee, Expenses - Rothberg Logan & Warsco LLP | 3120-000 | NA | $88.55 | $88.55 | $88.55 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $477.00 | $477.00 | $477.00 |
| Accountant for Trustee Fees (Other Firm) - Haines, Isenbarger & Skiba, LLC | 3410-000 | NA | $1,425.00 | $1,425.00 | $1,425.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$7,845.42** | **$7,845.42** | **$7,845.42** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7300-000 | NA | $4,060.00 | $4,060.00 | $0.00 |
| 2 | Duncan Oil Company | 7100-000 | $34,317.50 | $14,317.50 | $14,317.50 | $543.34 |
| 3 | Central Penn Capital Management, LLC | 7100-000 | $478,200.75 | $489,523.14 | $23,450.74 | $889.95 |
| 4 | Iron Workers' Mid-America Pension Plan | 7100-000 | $17,000.00 | $17,073.41 | $17,073.41 | $647.93 |
| 5 | Keller Macaluso LLC | 7100-000 | $0.00 | $4,500.00 | $4,500.00 | $170.77 |
| 6 | Craft Station, Inc. | 7200-000 | NA | $17,730.00 | $17,730.00 | $0.00 |
| 7 | Craft Station, Inc. | 7200-000 | NA | $22,572.50 | $22,572.50 | $0.00 |
| N/F | Michael L. Morrissey, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Trustees Iron Workers Tri-State Welfare c/o Daniel P. McAnal | 7100-000 | $28,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $557,518.25 | $569,776.55 | $103,704.15 | $2,251.99 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | |
|---|---|
| Case No.: | 21-10329 |
| Case Name: | BAADE MANAGEMENT COMPANY, INC. |
| For Period Ending: | 06/13/2024 |

| | |
|---|---|
| Trustee Name: | (340560) Mark A. Warsco |
| Date Filed (f) or Converted (c): | 03/31/2021 (f) |
| § 341(a) Meeting Date: | 05/06/2021 |
| Claims Bar Date: | 06/09/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking Account at Farmers State Bank, xxxxxx8019 | 5,000.00 | 5,000.00 | | 9,913.26 | FA |
| 2 | A/R Over 90 days old. Face amount = $387,841.84. Doubtful/Uncollectible accounts = $0.00.<br>Any proceeds from collection o faccounts receivable are subject to perfected security interest of Central Penn Capital Management, LLC. Notice of intention to abandon this asset filed 6/8/23. Deemed officially abandoned 6/23/2023. | 387,841.84 | 0.00 | OA | 0.00 | FA |
| 3 | Work in progress: Two jobs, Net Book Value: Unknown | Unknown | 2,001.00 | | 0.00 | FA |
| 4 | 1/2 interest in 2016 Dodge Ram Truck (owned jointly with Frank D. Baade).<br>Sold as an asset of Frank Baade bankruptcy 21-10331 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 5 | 1/2 interest in 20 Lane 325 Lake James, A-3, Angola, IN 46703, jointly owned with Frank D. Baade<br>Vesting deed from Hoeppner to Frank D. Baade recorded 12/6/2001.<br>The property was sold as an asset of the Frank Baade bankruptcy case 21-10331. | 450,000.00 | 0.00 | | 0.00 | FA |
| 6 | Same as Accounts Receivable List (to be provided). | 0.00 | 0.00 | | 0.00 | FA |
| 7 | TAX REFUNDS (u)<br>Federal tax refund for 2019 | 0.00 | 0.00 | | 184.15 | FA |
| 8 | Vacuum Form Plastic Molding Machine (u)<br>Not disclosed in schedules; disclosed by Frank Baade during 341 meeting; located at a business in Coldwater Michigan. Any proceeds of sale would be subject to perfected security interest of Central Penn Capital Management, LLC. Notice of intention to abandon filed 6/8/23. Deemed officially abandoned 6/23/2023 | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$850,341.84** | **$14,501.00** | | **$10,097.41** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8  
Page: 2

Case No.: 21-10329  
Case Name: BAADE MANAGEMENT COMPANY, INC.  
For Period Ending: 06/13/2024

Trustee Name: (340560) Mark A. Warsco  
Date Filed (f) or Converted (c): 03/31/2021 (f)  
§ 341(a) Meeting Date: 05/06/2021  
Claims Bar Date: 06/09/2021

**Major Activities Affecting Case Closing:**

SEE ALSO Baade, Frank 21-10331

4/22/21-Email to Jenn at Adelsperger's office, need list of accounts receivable reflected in Schedule B with value of $387,841. Letter to Farmers State Bank requesting closure of any accounts owned by the debtor and turnover check for balances. 5/6/21-Section 341 meeting (telephonic): Creditor Atty Dunlop for Central Penn. Frank Baade as president of company. 2019 and 2018 returns for company: 2019 grossed 3.6 million although net was negative income of $13,000; Any efforts to try and sell and going concern? No, lost half of its business in 2020, was doing very well before that. Debt to Fifth Third Bank, didn't have any opportunity to repay it so chose to file bkcy, not given any choice; Fifth Third had a line of credit product, device didn't work, deposits got lost, got into problem because people who provided 5/3 with device were not local. Relied on 5/3 to provide funding for materials and subcontractors, also First Federal Bank. 5/3 listed as a bad debt and was collecting. First Federal attached lien to his house. Schedules - equipment, just one truck listed; subcontractors were doing work for him, had 56 contractors working for him throughout Midwest, did a lot of port of entry work for Dept of Interior, CSX Railroad. 2019 tax return shows 6 vehicles; one remained in petition; other five were taken by subcontractors for money they were owed, that was late 2020 and into spring of 2021; Trustee asked for documentation on the sales of the vehicles. Two trucks were basically stolen by contractors, hijacked the trucks; he never signed off on the titles; no theft report ever filed. 2019 tax return: Dec 2019 depreciation schedules shows 2004 F350, 2016 Chevy 1500 LST, 2000 Chevy 200, 2016 Chevy Tahoe, F250. Accounts receivable/WIP: invoice tracker report shows $387,000 - he has separate files on the accounts: RC Ford from Oct 2016: $400, not worth pursuing, just repair job. April 2017, Parent Petroleum in Roselle, IL $58,635: he will look into, doesn't think still owed offhand, if paid Trustee needs documentation. April 2017, Ultimate in Chicago, BP, $35,825: still owe that, they have no money. He says also in IL, $42,937 in Glen, IL: Petroleum Mgmt Team, he has a lien against that one. CIMA Parent Warren $725: they decided not to pay, he produced signs for their stations, handicapped parking, etc., he doesn't have the machine, sold it about four years ago, but still uses it, sold to Tri-Mark Contractors in Coldwater, MI. Oct 2017: Teak Con, Mobil in Libertyville, IL $12,000 - he still owes that and won't pay. Crystal Food in Merrillville $9685, still owed, on gas station, nothing to do with foods. Trustee asks for all of the job files and provide to Atty Adelsperger, complete files for each of them, and if any of these have been paid, provide info on why still on the invoice tracker list, Trustee asks for this information in 10 days. More recent jobs in March of 2021: he has not filed liens on any jobs in the 90 day lien period, he will provide documentation on Harper. They charged $350 per lien; they would send out the demand and then he would decide to file a lien or not. February invoice/Oscar Larson - assuming beyond lien rights on that one. Trustee asks him to check on the 2021 work jobs and decide what is within lien rights, do that first; then pull files for all the open unpaid invoices. Was work in progress unbilled? He will check, but thinks no. Adelsperger: he is currently in process of moving to LaGrange, he will pick up files and take to Trustee's office. Dunlop: Still in business? Debtor says no. He has applied for a new business, is 75 years old. Has not taken any contracts under a new business name: new business names applied for: Lake James Canopies and Trust Frame Canopies. Central Penn Capital Mgmt has purchased Fifth Third obligations, so they have revolving loan and overdraft liability, that is what the judgment is entered for; those obligations secured by security agreement on all assets, filed a proof of claim with UCC filing and security agreement, they claim an interest in accounts receivable and any other business assets. Dunlop asks that if a new business is established. Atty Adelsperger asserts that there is no continuation, Mr. Baade will maximize the estate assets and Central Penn would have no right to know what work Mr. Baade intends to do in the future. Trustee emphasizes that Mr. Baade needs to provide documentation on the liens for recent work to protect lien rights. No more questions by Dunlop. 5/14/21-Follow-up letter to Farmers State Bank re: closing corporate account and sending balance, or providing explanation re: any extenuating circumstances. 6/22/21-Motion for turnover of corporate tax returns for 2020 and bonding machine; notices mailed, objections due July 13. 6/22/21-Order approving Trustee's Rule 2004 exam. 7/23/21-Received wire transfer from Bird, Scheske law firm trust account for Farmers State Bank. 10/27/21-Demand letters sent to all vendors who have not responded or who were not sent initial demand letter by Phil Smith in June, requested response within 30 days. 3/10/22-Application to employ Zulager CPA; she will file extension for 2021 tax returns. 10/10/22-Letter from Atty Adelsperger enclosing federal refund check for $184.15 (for 2019 taxes plus $8.19 interest). 11/11/22-Letter from Attorney Michael Tinaglia for Petroleum Mgmt: will pay $10,000 for release of mechanic lien and contract claims; Trustee's letter accepting offer subject to approval by bankruptcy court. 11/16/22-Motion to approve compromise with Petroleum Mgmt Team for $10,000; notices mailed, objections due Dec 7. 12/12/22-Order approving settlement with Petroleum Management Team, emailed copy to Attorney Tinaglia with signed W-9 for bankruptcy estate.

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 21-10329  
**Case Name:** BAADE MANAGEMENT COMPANY, INC.  
**For Period Ending:** 06/13/2024

**Trustee Name:** (340560) Mark A. Warsco  
**Date Filed (f) or Converted (c):** 03/31/2021 (f)  
**§ 341(a) Meeting Date:** 05/06/2021  
**Claims Bar Date:** 06/09/2021

1/24/23-Letter to Atty Tinaglia with copy of order approving settlement and requesting payment for $10,000 along with release of lien documents to sign. 3/9/23-Email to Doug Adelsperger, still need copies of debtor's 2021 tax returns; Doug responded that he has reached out to Mr. Baade about this. 5/4/23-Email to Doug Adelsperger asking if he received any response from Mr. Baade about the tax returns; Doug responds that he has received no response from Mr. Baade. 5/19/23-Email to Becky Zulager with information to do tax returns for 2021 and 2022. 6/8/23-Notices of intention to abandon accounts receivable and molding machine; notices mailed, objections due June 22. 8/3/23-Email to Becky Zulager requesting status on estate tax returns. 8/17/23-Becky Zulager indicates no taxable events in this case; she will prepare tax returns for 2021, 2022 and 2023 (final). 8/31/23-Faxed to IRS Centralized Insolvency request for prompt determination of trustee tax liability with 2021 and 2022 (finals) tax returns. 9/8/23-Mailed originally signed tax returns for 2021 and 2022 to IRS in Kansas City and to IDR. 9/14/23-Copies of estate returns emailed to Atty Adelsperger. 9/29/23-IRS determination letter regarding 2022 tax returns: accepted as filed. 10/18/23-Application for CPA fees $1,425 for 2021 and 2022 tax returns; notices mailed, objections due Nov 8. 11/14/23-Order approving CPA compensation. 1/24/24-Recommendation on claims. 1/26/24-Applications for Trustee compensation and for attorney fees; notices mailed, objections due Feb 16, 2024. 2/22/24-Orders approving Trustee compensation and attorney fees and expenses. 2/23/24-Final report submitted to UST. 3/25/24-Notices of final report mailed; objections due April 15. 4/16/24-Dividend checks mailed.

**Initial Projected Date Of Final Report (TFR):** 03/01/2022  
**Current Projected Date Of Final Report (TFR):** 03/22/2024 (Actual)

06/13/2024  
Date

/s/Mark A. Warsco  
Mark A. Warsco

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 21-10329 | **Trustee Name:** | Mark A. Warsco (340560) | |
| **Case Name:** | BAADE MANAGEMENT COMPANY, INC. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4410 | **Account #:** | ******1115 Checking | |
| **For Period Ending:** | 06/13/2024 | **Blanket Bond (per case limit):** | $74,147,352.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/23/21 | {1} | Bird, Scheske, Reed & Beemer | Wire transfer from Bird, Scheske trust account for Farmers State Bank | 1129-000 | 9,913.26 | | 9,913.26 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 9,908.26 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.93 | 9,891.33 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.85 | 9,875.48 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.29 | 9,860.19 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.85 | 9,843.34 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.29 | 9,827.05 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.22 | 9,811.83 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.67 | 9,797.16 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.27 | 9,779.89 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.14 | 9,764.75 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.12 | 9,749.63 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.18 | 9,732.45 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.07 | 9,717.38 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.13 | 9,700.25 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.54 | 9,684.71 |
| 10/10/22 | {7} | United States Treasury | Federal refund for 2019 | 1224-000 | 184.15 | | 9,868.86 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.17 | 9,853.69 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.84 | 9,836.85 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.76 | 9,821.09 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.78 | 9,804.31 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.66 | 9,789.65 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.21 | 9,773.44 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.61 | 9,758.83 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.20 | 9,741.63 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.61 | 9,726.02 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.06 | 9,710.96 |

Page Subtotals: $10,097.41 $386.45

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

| Case No.: | 21-10329 | Trustee Name: | Mark A. Warsco (340560) |
|---|---|---|---|
| Case Name: | BAADE MANAGEMENT COMPANY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4410 | Account #: | ******1115 Checking |
| For Period Ending: | 06/13/2024 | Blanket Bond (per case limit): | $74,147,352.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.12 | 9,693.84 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.01 | 9,678.83 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.54 | 9,662.29 |
| 11/15/23 | 101 | Haines, Isenbarger & Skiba, LLC | INVOICES 152089 and 152090 - preparation estate tax returns for 2021 and 2022 | 3410-000 | | 1,425.00 | 8,237.29 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.72 | 8,222.57 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.73 | 8,209.84 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.43 | 8,195.41 |
| 04/16/24 | 102 | Mark A. Warsco, Trustee | Distribution payment - Dividend paid at 100.00% of $1,759.74; Claim # A1; TRUSTEE FEE | 2100-000 | | 1,759.74 | 6,435.67 |
| 04/16/24 | 103 | Mark A. Warsco, Trustee | Distribution payment - Dividend paid at 100.00% of $95.13; Claim # A2; TRUSTEE EXPENSES | 2200-000 | | 95.13 | 6,340.54 |
| 04/16/24 | 104 | Rothberg Logan & Warsco LLP | Distribution payment - Dividend paid at 100.00% of $4,000.00; Claim # A3; ATTORNEY FEES | 3110-000 | | 4,000.00 | 2,340.54 |
| 04/16/24 | 105 | Rothberg Logan & Warsco LLP | Distribution payment - Dividend paid at 100.00% of $88.55; Claim # A4; ATTORNEY EXPENSES | 3120-000 | | 88.55 | 2,251.99 |
| 04/16/24 | 106 | Duncan Oil Company | Distribution payment - Dividend paid at 3.79% of $14,317.50; Claim # 2; | 7100-000 | | 543.34 | 1,708.65 |
| 04/16/24 | 107 | Central Penn Capital Management, LLC | Distribution payment - Dividend paid at 3.79% of $23,450.74; Claim # 3; | 7100-000 | | 889.95 | 818.70 |
| 04/16/24 | 108 | Iron Workers' Mid-America Pension Plan | Distribution payment - Dividend paid at 3.79% of $17,073.41; Claim # 4; 1515 | 7100-000 | | 647.93 | 170.77 |
| 04/16/24 | 109 | Keller Macaluso LLC | Distribution payment - Dividend paid at 3.79% of $4,500.00; Claim # 5; 1877 | 7100-000 | | 170.77 | 0.00 |
| | | COLUMN TOTALS | | | 10,097.41 | 10,097.41 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 10,097.41 | 10,097.41 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $10,097.41 | $10,097.41 | |

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-10329 | **Trustee Name:** | Mark A. Warsco (340560) | |
| **Case Name:** | BAADE MANAGEMENT COMPANY, INC. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4410 | **Account #:** | ******1115 Checking | |
| **For Period Ending:** | 06/13/2024 | **Blanket Bond (per case limit):** | $74,147,352.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1115 Checking | $10,097.41 | $10,097.41 | $0.00 |
| | **$10,097.41** | **$10,097.41** | **$0.00** |

| | |
|---|---|
| 06/13/2024 | /s/Mark A. Warsco |
| Date | Mark A. Warsco |